UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAY DEE MILLER,

                Petitioner,

v.

PATRICK GLEBE,

                Respondent.

NO. C15-00028 RAJ

ORDER OF DISMISSAL

      The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Defendant's objections and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's habeas petition, Dkt. #1, is DENIED as time barred. The Court notes that this action is time-barred, even if the Court accepts Defendant's calculation of the limitations period. Accordingly, this action is DISMISSED with prejudice.

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

      DATED this 26th day of October, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1